Choate v. Merck & Company, Incorporated et al																																							Doc. 3

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEPHEN CHOATE, | ) | Civil No. 06cv1970 LAB(RBB) |
| | ) | |
| Plaintiff, | ) | ORDER SETTING TELEPHONIC CASE |
| | ) | MANAGEMENT CONFERENCE |
| v. | ) | |
| | ) | |
| MERCK & COMPANY, INC., a corporation; MCKESSON CORPORATION, a corporation; DOES 1-50, inclusive, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

The Court finds this case inappropriate for an early neutral evaluation conference in light of the notice filed by Defendant regarding the pending related Multi-District Litigation and the intent to seek transfer of this case to the Eastern District of Louisiana for coordinated proceedings.  Accordingly, counsel shall participate in a telephonic case management conference with Magistrate Judge Ruben B. Brooks on <u>February 7, 2007, at 8:00 a.m</u> Counsel for Plaintiff is to initiate the call.  The purpose of the conference is to set a timetable and schedule for future

1 | proceedings and discovery and to explore possibilities for early
2 | settlement.
3 |     IT IS SO ORDERED.
4 |
5 | Dated:   September 22, 2006          *Ruben Brooks*
6 |                                      RUBEN B. BROOKS
                                         United States Magistrate Judge
7 |
  | cc:  All Parties of Record
8 |