1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11 STEPHEN CHOATE,                    ) Civil No. 06cv1970 LAB(RBB)
                                      )
12              Plaintiff,            ) ORDER SETTING TELEPHONIC CASE
                                      ) MANAGEMENT CONFERENCE
13 v.                                 )
                                      )
14 MERCK & COMPANY, INC., a           )
   corporation; MCKESSON             )
15 CORPORATION, a corporation;        )
   DOES 1-50, inclusive,             )
16                                    )
                Defendants.           )
17 _____)

18      The Court finds this case inappropriate for an early neutral

19 evaluation conference in light of the notice filed by Defendant

20 regarding the pending related Multi-District Litigation and the

21 intent to seek transfer of this case to the Eastern District of

22 Louisiana for coordinated proceedings.  Accordingly, counsel shall

23 participate in a telephonic case management conference with

24 Magistrate Judge Ruben B. Brooks on <u>February 7, 2007, at 8:00 a.m</u>

25 Counsel for Plaintiff is to initiate the call.  The purpose of the

26 conference is to set a timetable and schedule for future

27

28

                              1

1   proceedings and discovery and to explore possibilities for early

2   settlement.

3        IT IS SO ORDERED.

4

5   Dated:  September 22, 2006

6                                        RUBEN B. BROOKS
                                         United States Magistrate Judge

7

8   cc:  All Parties of Record